1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Pamela McGhee-Fitzgerald

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | PAMELA MCGHEE-FITZGERALD, | ) Case No.: EDCV 09-1555 FMO |
11 | Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
12 | vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
13 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
14 | Defendant | ) |
15 | | ) |

16

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of THREE

20 THOUSAND ONE HUNDRED dollars ($3,100) as authorized by 28 U.S.C. §

21 2412 be awarded subject to the terms of the Stipulation.

22 DATE:   12/9/10

23                       _____/s/_____
                        THE HONORABLE FERNANDO M. OLGUIN
24                      UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ Brian C. Shapiro
   _____
4  Brian C. Shapiro
   Attorney for plaintiff Pamela McGhee-Fitzgerald

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26